1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

               UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
                     EASTERN DIVISION

REINA PEREZ,                    )   CASE NO: **ED CV21-02151-PD**
                                )
              Plaintiff,        )   ORDER AWARDING
                                )   EAJA FEES
       v.                       )
                                )
KILOLO KIJAKAZI, Acting         )
Commissioner of Social Security )
Administration,                 )
                                )
              Defendant.        )
_____ )

   Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

   **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND EIGHT HUNDRED FIFTY-SEVEN DOLLARS and 21/cents ($3,857.21), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:    July 12, 2023        *PATRICIA DONAHUE*
                               HONORABLE PATRICIA DONAHUE
                               UNITED STATES MAGISTRATE JUDGE